No. 00–9622. IN RE OSER. Petition for writ of mandamus denied.

No. 00–853. PORTER ET AL. *v.* NUSSLE. C. A. 2d Cir. Certiorari granted.

No. 00–1514. RAYGOR ET AL. *v.* REGENTS OF THE UNIVERSITY OF MINNESOTA ET AL. Sup. Ct. Minn. Certiorari granted.

No. 00–1519. UNITED STATES *v.* ARVIZU. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 99–1918. MASSEY ET AL. *v.* HELMAN, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–75. WADE ET AL. *v.* COUGHLIN, DIRECTOR, MARYLAND DEVELOPMENTAL DISABILITIES ADMINISTRATION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–360. UNITED STATES *v.* CYPRUS AMAX COAL CO. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 00–484. HARRIS ET AL. *v.* GARNER, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–509. ARONS ET AL. *v.* OFFICE OF DISCIPLINARY COUNSEL OF THE SUPREME COURT OF DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 00–1241. LEWIS ET AL. *v.* JOHNSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1242. UTILITY SOLID WASTE ACTIVITIES GROUP ET AL. *v.* ENVIRONMENTAL PROTECTION AGENCY. C. A. 5th Cir. Certiorari denied.

No. 00–1256. REYES-HERNANDEZ *v.* UNITED STATES;
No. 00–8464. MOJICA-BAEZ *v.* UNITED STATES; and